# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BAIMURAT DURBILEV,<br><br>    Defendant. | CV 524-042 |

### ORDER

Before the Court is Plaintiff's notice of voluntary dismissal, dkt. no. 10, wherein it states it wishes to dismiss this case. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The June 18, 2024 hearing is canceled, and the Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 18th day of June, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA